# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 29 AM 11: 10

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. **KINDAR GREEN**                                             Docket No. **2:00CR20177-001**

### Petition on Probation and Supervised Release

**COMES NOW   FREDDIE MCMASTER II    PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Kindar Green</u> who was placed on supervision by the Honorable <u>Julia S. Gibbons</u> sitting in the Court at <u>Memphis, TN</u> on the <u>18th</u> day of <u>January, 2002</u> who fixed the period of supervision at <u>four (4) years*</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $3,093.00 restitution ($3,068.00 balance).

The defendant shall submit to substance abuse testing and treatment as directed by the probation office.

*Term of Supervised Release began May 11, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Green has obtained work through a temporary employment agency. It is recommended the Court specifically approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** Kindar Green's restitution payments be set at ten percent (10%) of his monthly gross income payable by the end of each month.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 28 day of July, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | Freddie McMaster II<br>Probation Officer<br><br>**Place** Memphis, Tennessee<br><br>**Date** July 19, 2005 |

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:00-CR-20177 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ralph Sivilla
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT